UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 1:18-cr-161 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| DORSEY EUGENE MCGAHEE | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 68] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One, Two and Three of the four count Indictment; (2) accept Defendant's guilty plea to Counts One, Two and Three of the four count Indictment; (3) adjudicate Defendant guilty of Count One—bank robbery in violation of 18 U.S.C. § 2113(a) and 2113(d); Count Two—brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and Count Three—carjacking in violation of 18 U.S.C. § 2119; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 68] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One, Two and Three of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One, Two and Three of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One—bank robbery in violation of 18 U.S.C. § 2113(a) and 2113(d); Count Two—brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii); and Count Three—carjacking in violation of 18 U.S.C. § 2119; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **May 8, 2020, at 9:00 a.m.**

**SO ORDERED.**

*/s/Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE